NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA GREEN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1310

---

Petition for review of the Merit Systems Protection Board in No. DC-0890-1982-1-1.

---

Before PROST, MAYER, and CUNNINGHAM, *Circuit Judges.*

PER CURIAM.

## O R D E R

In light of Patricia Green's failure to comply with the court's April 24, 2026, order directing her to timely submit a copy of the decision she intended this court to review or else her petition would be dismissed,

IT IS ORDERED THAT:

(1) This petition is dismissed.

(2) Any pending motions are denied.

2                                                        GREEN v. MSPB

(3)  Each side shall bear its own costs.

FOR THE COURT



June 26, 2026                              Jarrett B. Perlow
Date                                        Clerk of Court